UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROLANDO RAFAEL INCLAN LOPEZ, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-25-CV-1533-FB |
| BOBBY THOMPSON, Warden, South Texas Detention Center; MIGUEL VERGARA, Director, San Antonio Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States; | § § § § § § § § § | |
| Respondents. | § § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

All matters for which this case was referred having been handled, this case is hereby **RETURNED** to the District Court.

It is so **ORDERED**.

**SIGNED** on December 12, 2025.

Henry J. Bemporad
United States Magistrate Judge